IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEE WALTON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ALYESHIA WALTON, DECEASED,<br><br>    Plaintiff,<br><br>v.<br><br>SELAM EXPRESS, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NUMBER |

**DEFENDANT'S NOTICE OF REMOVAL**

1.

Plaintiff Alee Walton, Individually and on behalf of the Estate of Alyeshia Walton, deceased filed civil action file number 22EV002070 against Defendant Selam Express, Inc. in the State Court of Fulton County. Defendant attached a copy of the Summons and Complaint as Exhibit "A" and its Answer as Exhibit "B."

2.

Plaintiff was a citizen and a resident of Georgia when she the filed the Complaint. ¶ 1, Exhibits "A" and "B".

3.

Defendant was an North Carolina corporation with its principal office in North Carolina when Plaintiff field the

-1-

Complaint. Para. 3, Exhibits "A" and "B".

4.

There is complete diversity of citizenship in this case.

5.

This personal injury action arises from a March 4, 2022 motor vehicle collision and Plaintiff claims damages for wrongful death, punitive damages, and damages for stubborn litigiousness. ¶ 2, 10, 24, 25, 27, 28, and 29. Exhibit "A." Therefore, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

6.

This civil action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 1446(b). In accordance with 28 U.S.C. § 1332(a), there exists a complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy, exclusive of interest and cost, exceeds $75,000.

7.

Defendant consents to the removal of this civil action.

8.

Defendant notifies the Court, the Clerk, and all parties within thirty days after service and receipt of the Summons and

-3-

Complaint filed in the State Court of Gwinnett County that they removed this civil action to this Court pursuant to 28 U.S.C. § 1446 and Fed. R. Civ. P. 11.

                                    DENNIS, CORRY, SMITH & DIXON, LLP

                                    /s/ *Grant B. Smith*
                                    GRANT B. SMITH, ESQ.
                                    Georgia bar number 658345

                                    /s/ *Stephen K. McDonald*
                                    STEPHEN K. MCDONALD, ESQ.
                                    Georgia bar number 661387
                                    For the Firm
                                    Attorneys for Defendant

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 926-3662
(404) 926-3671
(404) 365-0134 facsimile
Gbs@dcplaw.com
Smcdonald@dcplaw.com
Vweiss@dcplaw.com

**CERTIFICATE OF SERVICE**

I electronically filed **DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Evan T. Rosenberg, Esq.,
> Morgan & Morgan Atlanta PLLC,
> 191 Peachtree Street, NE
> P.O. Box 57007,
> Atlanta, GA 30343
> erosenberg@forthepeople.com

I also mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This 29th day of April, 2022.

>        /S/ *Grant B. Smith*
>        GRANT B. SMITH, ESQ.
>        For the Firm

2621-14458(GBS)