IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEE WALTON, INDIVIDUALLY AND ON
BEHALF OF THE ESTATE OF ALYESHIA
WALTON, DECEASED,

    Plaintiff,

v.

SELAM EXPRESS, INC.,

    Defendant.

CIVIL ACTION
FILE NUMBER  1:22-CV-01708-ELR

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties to the above-styled civil action stipulate that this action shall be dismissed without prejudice under Rule 41(a), Federal Rules of Civil Procedure.  Each party shall bear its own costs.

GRIST LAW FIRM

/s/ *Joel Grist*
JOEL GRIST, ESQ.
*(With his express permission by Grant B. Smith)*
Georgia bar number 312740
Attorney for Plaintiff

3715 Vineville Avenue
Macon, Georgia  31204
(478) 741-0024
(866) 929-7419
JoelGrist@TruckLawyer.com

DENNIS, CORRY, SMITH & DIXON, LLP

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
Georgia bar number 658345

/s/ *Stephen K. McDonald*
STEPHEN K. MCDONALD, ESQ.
Georgia bar number 661387
For the Firm
Attorneys for Defendant

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 926-3662
(404) 926-3671
(404) 365-0134 facsimile
Gbs@dcplaw.com
Smcdonald@dcplaw.com
Vweiss@dcplaw.com

## CERTIFICATE OF SERVICE

I electronically filed this **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Joel Grist, Esq.
> Grist Law Firm
> 3715 Vineville Avenue
> Macon, Georgia  31204
> JoelGrist@TruckLawyer.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This 23rd day of June, 2022.

> /s/ *Grant B. Smith*
> GRANT B. SMITH, ESQ.
> For the Firm

I prepared this document was prepared in Courier New, 12 point type.

2621-14458(GBS)